**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

ERROL VANNOY,

                        Plaintiff,

    v.                                      No. 12-CV-1647
                                                  (LEK/CFH)

GARY M. STEINBERG, Correctional Officer,
Auburn Correctional Facility, et al.,

                        Defendants.

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

### ORDER

By letter dated June 24, 2014 (Dkt. No. 31), plaintiff requested a conference to address certain discovery related issues. Defendants did not respond to that letter. A conference was conducted on-the-record with counsel for all parties on July 15, 2014. As directed during that conference, and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED**:

1. Plaintiff's letter motion dated June 24, 2014 (Dkt. No. 31) is **GRANTED** to the extent that defendants shall provide the following to plaintiff within ten (10) days from the date of this order:

    a) The name of the individual who allegedly advised defendants that plaintiff was in possession of contraband. Such information is provided to plaintiff's counsel subject to the confidentiality agreement previously executed by counsel for the parties;

    b) A copy of the confidential tape dated August 2, 2010 that contains

testimony taken regarding Sergeant Watkins's investigation;

c) Any written documents that set forth the information it is claimed was told to the officers by the confidential informant that led to their pat frisk of plaintiff;

d) Any written documents in effect on July 24, 2010 reflecting the procedures to be followed in acting upon information provided by a confidential informant;

e) Defendants shall advise plaintiff if defendant Steinberg has been convicted of a felony within the last ten (10) years. If defendant Steinberg has been convicted of such a felony he shall advise plaintiff of the crime he was convicted of and the jurisdiction where the conviction occurred.

2. The balance of the relief requested in plaintiff's letter motion dated June 24, 2014 (Dkt. No. 31) is **DENIED**.

**IT IS SO ORDERED**.

Dated: July 16, 2014
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge